FILED
November 15, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003903017

Keefe E. Roberts, Esq. (State Bar No. 212643)
Kent D. Pelt, Esq. (State Bar No. 158596)
Jason R. Burris, Esq. (State Bar No 268790)
Christina W. Wang, Esq. (State Bar No 262738)
**Keefe Roberts & Associates**
6 Venture, Suite 305
Irvine, California 92618

Telephone:    949-216-9595
Facsimile:    949-648-5354

*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRCT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| *In re:* | CASE NO: 10-40562 |
| | Chapter 7 Case |
| GARY LINN SCHAFFER AND REBECCA EILEEN SCHAFFER | DC No: KER-1 |
| | **MOTION FOR ORDER COMPELLING TRUSTEE TO ABANDON DEBTORS' ASSETS [11 USCS §§ 554(b)]** |
| Debtors. | Hearing Date: December 19, 2011 |
| | Hearing Time: 10:00 a.m. |
| | Place: 501 I Street, Ste. 3-200 |
| |         Sacramento, CA 95814 |
| | Dept.: A |
| | Judge: Michael McManus |

**TO: THE HONORABLE MICHAEL MCMANUS, U.S. BANKRUPTCY COURT JUDGE, THE DEBTORS, THE DEBTOR'S COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

Debtors', GARY AND REBECCA, by and through their attorney of record, Keefe Roberts will and herby do bring a Motion to Compel Trustee to Abandon The Estate's Interest in Debtors' Assets ("Motion") pursuant to 11 U.S.C.§554(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6007(b).

By this motion Debtors request that the Court enter an order compelling the Chapter 7 Trustee to abandon the bankruptcy estate's interest in Debtors' certain real property on the following grounds:

1. Under §554(b) of the Code, the Trustee may be compelled to abandon property that has inconsequential value and that has no benefit to the estate.

2. Debtors' personal residence is over-encumbered by a First Deed and Second Deed of Trust and therefore is of inconsequential benefit to the estate. Further the estate may incur additional expenses incidental to the liquidation of said property.

Said grounds will be supported by this notice of motion, by the motion filed herewith, by the pleadings and papers on file in this bankruptcy case, memorandum of points and authorities herein, declaration in support of this motion and exhibits, if any, filed herewith, and by such oral and documentary evidence as the Court may permit upon the hearing of this motion.

Dated: 11/15/11

Keefe Roberts & Associates

KEEFE E. ROBERTS, ESQ.